[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-12920
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 12, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00027-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODERICK DUANE WHITAKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(December 12, 2007)**

Before ANDERSON, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Rick Collum, appointed counsel for Roderick Duane Whitaker, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Whitaker's conviction and sentence are **AFFIRMED**.